# Morgan Lewis

**Douglas T. Schwarz**
Partner
+1.212.309.6890
Douglas.schwarz@morganlewis.com

December 7, 2018

<u>**Via ECF**</u>
The Honorable Deborah A. Batts
United States District Judge
United States District Court
  For the Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

**Re:   Tucker v. Floor and Decor Outlets of America, Inc., No. 1:18-cv-10610-DAB**
<u>      **Request to Extend Defendant's Time to Respond to Complaint**              </u>

Dear Judge Batts:

We represent defendant Floor and Decor Outlets of America, Inc. ("Defendant") in the above-referenced action.  Pursuant to Rules I(A) and I(E) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Henry Tucker ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 11, 2018 to January 11, 2019.  This is Defendant's first request for an extension of time to respond to the Complaint. As noted, Plaintiff's counsel consents to this request.

In support of this request, Defendant states that the undersigned counsel recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Douglas T. Schwarz*

Douglas T. Schwarz
*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060            +1.212.309.6000
United States                       +1.212.309.6001